# UNITED STATES BANKRUPTCY COURT
## SOUTHERN **DISTRICT OF** INDIANA
### TERRE HAUTE **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COWN, CHRISTOPHER RYAN | § | Case No. 09-82044 FJO |
| COWN, ALYSSA LYNN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD W. LORENZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,910.00 *(Without deducting any secured claims)* | Assets Exempt: 3,500.00 |
| Total Distributions to Claimants: 1,035.48 | Claims Discharged Without Payment: 87,057.58 |
| Total Expenses of Administration: 396.80 | |

3) Total gross receipts of $ 1,432.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 1,432.28 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,880.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 396.80 | 396.80 | 396.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 94,379.97 | 17,788.86 | 17,186.12 | 1,035.48 |
| **TOTAL DISBURSEMENTS** | $ 96,259.97 | $ 18,185.66 | $ 17,582.92 | $ 1,432.28 |

    4)  This case was originally filed under chapter 7 on  12/09/2009 .  The case was pending for 16 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/01/2011              By:           /s/RICHARD W. LORENZ
                                              RICHARD W. LORENZ
                                              CHAPTER 7 TRUSTEE
                                              P.O. BOX 46
                                              SPENCER, IN 47460-0046
                                              Phone: (812) 829-5832
                                              Fax: (812) 829-5831
                                              Email: TRUSTEE@HICKAMLORENZ.COM

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLMS-2009 FEDERAL & STATE TAX REFUNDS | 1224-000 | 1,432.02 |
| Post-Petition Interest Deposits | 1270-000 | 0.26 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,432.28** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central Tv Po Box 487 Terre Haute, IN 47802 | | 1,880.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,880.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD W. LORENZ | 2100-000 | NA | 358.07 | 358.07 | 358.07 |
| RICHARD W. LORENZ | 2200-000 | NA | 38.73 | 38.73 | 38.73 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 396.80 | $ 396.80 | $ 396.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5/3 Bank Cc 38 Fountain Square Cincinnati, OH 45263 | | 1,523.00 | NA | NA | 0.00 |
| | AFNI, INC. P.O. BOX 3517 BLOOMINGTON, IL 61702-3517 | | 256.08 | NA | NA | 0.00 |
| | AP&S Clinic 221 S 6th St. Terre Haute, IN 47807-4214 | | 103.39 | NA | NA | 0.00 |
| | AP&S Clinic 221 S 6th St. Terre Haute, IN 47807-4214 | | 20.64 | NA | NA | 0.00 |
| | Advanced Recovery Services PO Box 2428 - ARS Indianapolis, IN 46206 | | 48.26 | NA | NA | 0.00 |
| | Advanced Recovery Services PO Box 2428 - ARS Indianapolis, IN 46206 | | 3.24 | NA | NA | 0.00 |
| | Advanced Recovery Services PO Box 2428 - ARS Indianapolis, IN 46206 | | 653.26 | NA | NA | 0.00 |
| | Advanced Recovery Services PO Box 2428 - ARS Indianapolis, IN 46206 | | 514.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Recovery Services PO Box 3689 Terre Haute, IN 47803 | | 1,478.40 | NA | NA | 0.00 |
| | Advanced Recovery Services PO Box 3689 Terre Haute, IN 47803 | | 1,219.65 | NA | NA | 0.00 |
| | Advanced Recovery Services PO Box 3689 Terre Haute, IN 47803 | | 1,387.60 | NA | NA | 0.00 |
| | Advanced Recovery Services PO Box 3689 Terre Haute, IN 47803 | | 78.90 | NA | NA | 0.00 |
| | Advanced Recovery Services PO Box 3689 Terre Haute, IN 47803 | | 11.90 | NA | NA | 0.00 |
| | Akron Billing Center 2620 Ridgewood Rd, Ste 300 Akron, OH 44313 | | 44.63 | NA | NA | 0.00 |
| | CCS PO Box 55126 Boston, MA 02205 | | 99.98 | NA | NA | 0.00 |
| | CCS PO Box 55126 Boston, MA 02205 | | 149.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 852.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 567.00 | NA | NA | 0.00 |
| | Central Portfolio Control, INC 6640 Shady Oak Road Suite 300 Eden Prairie, MN 55344-7710 | | 916.22 | NA | NA | 0.00 |
| | Certegy Payment Recovery Services, Inc Attn: Bankruptcy PO Box 3084 Tampa, FL 33630 | | 119.48 | NA | NA | 0.00 |
| | Collect Systems PO Box 1962 Southgate, MI 48195-0962 | | 373.66 | NA | NA | 0.00 |
| | DCL Medical Laboratories, LLC P.O. 2205 Indianapolis, IN 46206 | | 649.00 | NA | NA | 0.00 |
| | EQUIFAX ATTN: PUBLIC RECORDS DEPT. PO BOX 740241 ATLANTA, GA 30374 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EXPERIAN ATTN: PUBLIC RECORDS DEPT. PO BOX 9701 ALLEN, TX 75013 | | 0.00 | NA | NA | 0.00 |
| | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | 1,523.00 | NA | NA | 0.00 |
| | GC Service Limited Partnership Collection Agency Division PO Box 1321 Orlando, FL 32896 | | 337.06 | NA | NA | 0.00 |
| | Garden Quarter Apartments 7020 Clubhouse Lane Terre Haute, IN 47802-5422 | | 5,000.00 | NA | NA | 0.00 |
| | HRRG PO Box 5406 Cincinnati, OH 45273 | | 666.00 | NA | NA | 0.00 |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | 1,333.00 | NA | NA | 0.00 |
| | Hsbc Po Box 15524 Wilmington, DE 19850 | | 1,931.00 | NA | NA | 0.00 |
| | IC System Inc PO BOX 64437 Saint Paul, MN 55164 | | 256.08 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illiana Internal Medicine 1332 North 7th Street Terre Haute, IN 47807 | | 154.01 | NA | NA | 0.00 |
| | Indiana MRI c/o Attorney Augustus Tabor 314 Ohio St., PO Box 8070 Terre Haute, IN 47808 | | 0.00 | NA | NA | 0.00 |
| | Jones, McGlasson & Benckhart 205 South Walnut Street Suite 3 PO BOX 279 Bloomington, IN 47402 | | 780.00 | NA | NA | 0.00 |
| | Kroger Check Recovery Center PO Box 30650 Salt Lake City, UT 84130 | | 187.43 | NA | NA | 0.00 |
| | Kroger Check Recovery Center PO Box 30650 Salt Lake City, UT 84130 | | 52.87 | NA | NA | 0.00 |
| | MIDWEST MEDICAL MANAGEMENT INC. P.O. BOX 42329 PHILADELPHIA, PA 19101-2329 | | 920.00 | NA | NA | 0.00 |
| | Midwest Medical Mgmt Inc PO BOX 42329 Philadelphia, PA 19101 | | 920.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Medical Mgmt Inc PO BOX 42329 Philadelphia, PA 19101 | | 208.58 | NA | NA | 0.00 |
| | NCO FINANCIAL SYSTEMS INC. 507 PRUDENTIAL ROAD HORSHAM, PA 19044 | | 920.00 | NA | NA | 0.00 |
| | NCO PO BOX 15630 Wilmington, DE 19850 | | 208.58 | NA | NA | 0.00 |
| | Northwest Radiology Network 5901 Technology Center Drive Indianapolis, IN 46278 | | 1,103.00 | NA | NA | 0.00 |
| | Northwest Radiology Network 5901 Technology Center Drive Indianapolis, IN 46278 | | 13.78 | NA | NA | 0.00 |
| | Osterman Jewelers 375 Ghent Rd Akron, OH 44333 | | 357.00 | NA | NA | 0.00 |
| | PENN CREDIT 916 S 14TH STREET P.O. BOX 988 HARRISBURG, PA 17108-0988 | | 180.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pathology Associates of Terre Haute PO Box 9524 Terre Haute, IN 47808 | | 543.50 | NA | NA | 0.00 |
| | Providence Medical Group 2723 South 7th Street Terre Haute, IN 47802 | | 6,685.00 | NA | NA | 0.00 |
| | Putnam County Operation Life PO Box 513 Greencastle, IN 46135 | | 1,188.26 | NA | NA | 0.00 |
| | Security Check Llc 2612 Jackson Ave W Oxford, MS 38655 | | 65.00 | NA | NA | 0.00 |
| | Security Check PO BOX 1530, Dept. 010 Southaven, MS 38671 | | 75.00 | NA | NA | 0.00 |
| | Southern Indiana Investments 7020 Clubhouse Lane Terre Haute, IN 47802 | | 0.00 | NA | NA | 0.00 |
| | T-MOBILE BANKRUPTCY TEAM P.O. BOX 53410 BELLEVUE, WA 98015 | | 313.96 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TIME WARNER CABLE C/O CREDIT MANAGEMENT P.O. BOX 118288 CARROLLTON, TX 75011-8288 | | 339.53 | NA | NA | 0.00 |
| | TRANS UNION CORPORATION ATTN: PUBLIC RECORDS DEPT PO BOX 2000 CHESTER, PA 19022 | | 0.00 | NA | NA | 0.00 |
| | TRS Recovery Services PO box 5907 Glendale Heights, IL 60139 | | 79.57 | NA | NA | 0.00 |
| | TRS Recovery Services PO box 5967 Glendale Heights, IL 60139 | | 94.73 | NA | NA | 0.00 |
| | TRS Recovery Services PO box 5967 Glendale Heights, IL 60139 | | 81.39 | NA | NA | 0.00 |
| | TRS Recovery Services PO box 5967 Glendale Heights, IL 60139 | | 29.28 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TRS Recovery Services PO box 5967 Glendale Heights, IL 60139 | | 66.49 | NA | NA | 0.00 |
| | TRS Recovery Services PO box 5967 Glendale Heights, IL 60139 | | 112.72 | NA | NA | 0.00 |
| | TRS Recovery Services PO box 5967 Glendale Heights, IL 60139 | | 46.93 | NA | NA | 0.00 |
| | TRS Recovery Services PO box 5967 Glendale Heights, IL 60139 | | 38.96 | NA | NA | 0.00 |
| | TRS Recovery Services PO box 5967 Glendale Heights, IL 60139 | | 197.96 | NA | NA | 0.00 |
| | TRS Recovery Services PO box 5967 Glendale Heights, IL 60139 | | 48.41 | NA | NA | 0.00 |
| | TRS Recovery Services PO box 5967 Glendale Heights, IL 60139 | | 90.54 | NA | NA | 0.00 |
| | TRS Recovery Services, Inc PO Box 5967 Glendale Heights, IL 60139 | | 20.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TRS Recovery Services, Inc PO Box 60022 City Of Industry, CA 91716-0022 | | 52.84 | NA | NA | 0.00 |
| | Terre Haute Medical Lab P.O. Box 9359 Terre Haute, IN 47808 | | 271.90 | NA | NA | 0.00 |
| | Terre Haute Regional Hospital PO BOX 99400 Louisville, KY 40269 | | 5,057.93 | NA | NA | 0.00 |
| | Terre Haute Regional Hospital PO Box 740757 Cincinnati, OH 45274-0757 | | 458.52 | NA | NA | 0.00 |
| | Terre Haute Regional Hospital PO Box 740757 Cincinnati, OH 45274-0757 | | 2,170.00 | NA | NA | 0.00 |
| | Terre Haute Savings Bank 533 Ohio Street Terre Haute, IN 47807 | | 714.81 | NA | NA | 0.00 |
| | Union Hospital Inc PO Box 2505 Indianapolis, IN 46206 | | 40.00 | NA | NA | 0.00 |
| | Union Hospital Medical Group PO Box 2505 Indianapolis, IN 46206 | | 890.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Union Hospital Medical Group-Rad PO Box 2505 Indianapolis, IN 46206 | | 90.80 | NA | NA | 0.00 |
| | Union Hospital PO Box 6190 Indianapolis, IN 46206 | | 16,431.48 | NA | NA | 0.00 |
| | Union Hospital PO Box 6190 Indianapolis, IN 46206 | | 2,035.60 | NA | NA | 0.00 |
| | Union Hospital PO Box 6190 Indianapolis, IN 46206 | | 2,822.60 | NA | NA | 0.00 |
| | Universal Casualty Company PO Box 607 Elk Grove Village, IL 60009 | | 36.86 | NA | NA | 0.00 |
| | Verizon North PO BOX 9688 Mission Hills, CA 91346 | | 288.44 | NA | NA | 0.00 |
| | Verizon Online PO Box 12045 Trenton, NJ 08650 | | 75.25 | NA | NA | 0.00 |
| | Vigo County Prosecuting Attorney Bad Check Restitution Program PO Box 10728 Terre Haute, IN 47801-0728 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vigo County Prosecuting Attorney Bad Check Restitution Program PO Box 10728 Terre Haute, IN 47801-0728 | | 170.89 | NA | NA | 0.00 |
| | Vigo County Prosecuting Attorney Bad Check Restitution Program PO Box 10728 Terre Haute, IN 47801-0728 | | 298.99 | NA | NA | 0.00 |
| | Vigo County Prosecuting Attorney Bad Check Restitution Program PO Box 10728 Terre Haute, IN 47801-0728 | | 563.40 | NA | NA | 0.00 |
| | Vigo County Prosecuting Attorney Bad Check Restitution Program PO Box 10728 Terre Haute, IN 47801-0728 | | 196.86 | NA | NA | 0.00 |
| 000003 | ASHLEY FUNDING SERVICES LLC | 7100-000 | 1,577.00 | 1,059.00 | 1,059.00 | 67.61 |
| 000002 | CHASE BANK USA, N.A. | 7100-000 | 450.00 | 602.74 | 0.00 | 0.00 |
| 000004 | CHASE BANK USA,N.A | 7100-000 | 325.00 | 468.68 | 468.68 | 29.92 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | NAVIGATR ACP | 7100-000 | 15,144.00 | 9,507.82 | 9,507.82 | 606.99 |
| 000005 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 1,931.00 | 936.95 | 936.95 | 59.82 |
| 000006 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 54.00 | 506.82 | 506.82 | 32.36 |
| 000007 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 1,063.00 | 1,063.74 | 1,063.74 | 67.91 |
| 000008 | ROUNDUP FUNDING, LLC | 7100-000 | 1,601.03 | 1,601.03 | 1,601.03 | 102.21 |
| 000009 | ROUNDUP FUNDING, LLC | 7100-000 | 0.00 | 1,075.54 | 1,075.54 | 68.66 |
| 000010 | UNITED CONSUMER FINANCIAL SERVICES | 7200-000 | 1,328.00 | 966.54 | 966.54 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 94,379.97 | $ 17,788.86 | $ 17,186.12 | $ 1,035.48 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

**Exhibit 8**

| Case No: | 09-82044 | FJO | Judge: FRANK J. OTTE |
| Case Name: | COWN, CHRISTOPHER RYAN | | |
| | COWN, ALYSSA LYNN | | |
| For Period Ending: 04/01/11 | | | |

| Trustee Name: | RICHARD W. LORENZ |
| Date Filed (f) or Converted (c): | 12/09/09 (f) |
| 341(a) Meeting Date: | 01/12/10 |
| Claims Bar Date: | 06/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 10.00 | 0.00 | OA | 0.00 | FA |
| 2. GENERAL HOUSEHOLD GOODS AND FURNISHINGS | 400.00 | 0.00 | OA | 0.00 | FA |
| 3. FLAT SCREEN TV AND ENTERTAINMENT CENTER | 600.00 | 0.00 | OA | 0.00 | FA |
| 4. GENERAL BOOKS, PICTURES AND OTHER COLLECTIBLES | 500.00 | 0.00 | OA | 0.00 | FA |
| 5. GENERAL WEARING APPAREL | 300.00 | 0.00 | OA | 0.00 | FA |
| 6. LIFE INSURANCE POLICY THROUGH EMPLOYER | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. 1999 PONTIAC GRAND PRIX (175,000 MILES) | 800.00 | 0.00 | OA | 0.00 | FA |
| 8. MISCELLANEOUS PERSONAL PROPERTY | 300.00 | 0.00 | OA | 0.00 | FA |
| 9. CONTINGENT CLMS-2009 FEDERAL & STATE TAX REFUNDS (u)   TE has allowed unused intangible exemption in the amount of $590.00. | Unknown | 1,432.02 | | 1,432.02 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.26 | Unknown |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,910.00 | $1,432.02 | | $1,432.28 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-82044    FJO   Judge: FRANK J. OTTE | Trustee Name: | RICHARD W. LORENZ |
| Case Name: | COWN, CHRISTOPHER RYAN | Date Filed (f) or Converted (c): | 12/09/09 (f) |
| | COWN, ALYSSA LYNN | 341(a) Meeting Date: | 01/12/10 |
| | | Claims Bar Date: | 06/22/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DECEMBER 23, 2010 (KD) CHECKS MAILED.

DECEMBER 20, 2010 (KD) CHECKS WRITTEN.

DECEMBER 8, 2010 (KD) ORDER ISSUED ON COMP & EXPENSE. READY FOR CHECKS.

December 13, 2010 (KD) Amended Sch F was filed by DATTY as well as COA for Christopher.

December 8, 2010 (KD) Order issued on Comp & Expense. Ready for checks.

November 22, 2010 (KD) C&E filed w/Court.

November 19, 2010 (KD) TFR filed w/Court.

Sept 30, 2010 (KD) TFR to UST. NFR not required.

Sept 28, 2010 (KD) Order issued on 1st Omnibus Objection.

Sept 27, 2010 (KD) Uploaded Order on 1st Omnibus Objection.

Sept 23, 2010 (KD) Creditor #4 filed amended claim to include proof.

August 25, 2010 (KD) Filed 1st Omnibus Objection. Response due: 9/24/10. All claims reviewed.

August 20, 2010 (MB)    Filed to withdraw mtn for turnover.

August 9, 2010 (MB)  Rec'd $1,432.02 from Debtor.

August 4, 2010   Filed Mtn for Turnover of tax refunds.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-82044     FJO    Judge: FRANK J. OTTE | Trustee Name: | RICHARD W. LORENZ |
| Case Name: | COWN, CHRISTOPHER RYAN | Date Filed (f) or Converted (c): | 12/09/09 (f) |
| | COWN, ALYSSA LYNN | 341(a) Meeting Date: | 01/12/10 |
| | | Claims Bar Date: | 06/22/10 |

April 27, 2010 (MD)  CALC LTR TO DBTR/DATTY, AMOUNT DUE: $1,432.02.

January 12, 2009 (MD)  2009 FEDERAL & STATE TAX REFUNDS - Letter provided to Debtors and Debtor's Attorney at 341 meeting regarding turnover.

Initial Projected Date of Final Report (TFR): 10/10/10          Current Projected Date of Final Report (TFR): 01/15/11

Ver: 16.01c

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-82044 -FJO |
| Case Name: | COWN, CHRISTOPHER RYAN |
| | COWN, ALYSSA LYNN |
| Taxpayer ID No: | *******3703 |
| For Period Ending: | 04/01/11 |

| | |
|---|---|
| Trustee Name: | RICHARD W. LORENZ |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******0397 Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 135,536,258.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/10 | 9 | CHRISTOPHER RYAN COWN ALYSSA LYNN COWN 1809 N. 27TH ST. TERRE HAUTE, IN  47804 | PAYMENT FROM DEBTOR | 1224-000 | 1,432.02 | | 1,432.02 |
| 08/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.04 | | 1,432.06 |
| 09/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.06 | | 1,432.12 |
| 10/29/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.06 | | 1,432.18 |
| 11/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.06 | | 1,432.24 |
| 12/20/10 | INT | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 1,432.28 |
| 12/20/10 | | Transfer to Acct #*******2070 | Final Posting Transfer | 9999-000 | | 1,432.28 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 1,432.28 | 1,432.28 |

Ver: 16.01c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 09-82044 -FJO | Trustee Name: | RICHARD W. LORENZ |
| Case Name: | COWN, CHRISTOPHER RYAN | Bank Name: | Union Bank |
| | COWN, ALYSSA LYNN | Account Number / CD #: | *******0397 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3703 | | |
| For Period Ending: | 04/01/11 | Blanket Bond (per case limit): | $ 135,536,258.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,432.28 | 1,432.28 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,432.28 | |
| | | | Subtotal | | 1,432.28 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,432.28 | 0.00 | |

Page Subtotals                0.00                0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 09-82044  -FJO | Trustee Name: | RICHARD W. LORENZ |
| Case Name: | COWN, CHRISTOPHER RYAN | Bank Name: | Union Bank |
| | COWN, ALYSSA LYNN | Account Number / CD #: | *******2070  CHECKING ACCOUNT |
| Taxpayer ID No: | *******3703 | | |
| For Period Ending: | 04/01/11 | Blanket Bond (per case limit): | $ 135,536,258.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/10 | | Transfer from Acct #*******0397 | Transfer In From MMA Account | 9999-000 | 1,432.28 | | 1,432.28 |
| 12/20/10 | 003001 | RICHARD W. LORENZ CHAPTER 7 TRUSTEE 10 S. MAIN ST., P.O. BOX 46 SPENCER, IN  47460-0046 | Chapter 7 Compensation/Fees | 2100-000 | | 358.07 | 1,074.21 |
| 12/20/10 | 003002 | RICHARD W. LORENZ CHAPTER 7 TRUSTEE 10 S. MAIN ST., P.O. BOX 46 SPENCER, IN  47460-0046 | Chapter 7 Expenses | 2200-000 | | 38.73 | 1,035.48 |
| 12/20/10 | 003003 | Navigator Dealer Group 5346 W. Pike Plaza Rd. Indianapolis, IN 46254 | Claim 000001, Payment 6.4% Last 4 digits of Acct #:  3974 | 7100-000 | | 606.99 | 428.49 |
| 12/20/10 | 003004 | Ashley Funding Services LLC c/o Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | Claim 000003, Payment 6.4% Last 4 digits of Acct #:  0IIN | 7100-000 | | 67.61 | 360.88 |
| 12/20/10 | 003005 | Chase Bank USA, N.A c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Claim 000004, Payment 6.4% Last 4 digits of Acct #:  5111 Kohl's | 7100-000 | | 29.92 | 330.96 |
| 12/20/10 | 003006 | Recovery Management Systems Corporation | Claim 000005, Payment 6.4% | 7100-000 | | 59.82 | 271.14 |

Page Subtotals                    1,432.28            1,161.14

Ver: 16.01c

**FORM 2**

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-82044  -FJO |
| Case Name: | COWN, CHRISTOPHER RYAN |
| | COWN, ALYSSA LYNN |
| Taxpayer ID No: | *******3703 |
| For Period Ending: | 04/01/11 |

| | |
|---|---|
| Trustee Name: | RICHARD W. LORENZ |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2070  CHECKING ACCOUNT |
| | |
| Blanket Bond (per case limit): | $ 135,536,258.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | For Capital Recovery III LLC<br>As Assignee of HSBC Bank Nevada National<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | Last 4 digits of<br>Acct #:  1803 | | | | |
| 12/20/10 | 003007 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave., Ste 1120<br>Miami, FL 33131 | Claim 000006, Payment 6.4%<br>Last 4 digits of<br>Acct #:  3664 | 7100-000 | | 32.36 | 238.78 |
| 12/20/10 | 003008 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave., Ste 1120<br>Miami, FL 33131 | Claim 000007, Payment 6.4%<br>Last 4 digits of<br>Acct #:  6188 | 7100-000 | | 67.91 | 170.87 |
| 12/20/10 | 003009 | Roundup Funding, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | Claim 000008, Payment 6.4%<br>Last 4 digits of<br>Acct #:  3894  AT&T | 7100-000 | | 102.21 | 68.66 |
| 12/20/10 | 003010 | Roundup Funding, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | Claim 000009, Payment 6.4%<br>Last 4 digits of<br>Acct #:  1181 | 7100-000 | | 68.66 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 271.14 |

Ver: 16.01c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

**Exhibit 9**

Case No:         09-82044  -FJO

Case Name:    COWN, CHRISTOPHER RYAN

COWN, ALYSSA LYNN

Taxpayer ID No:    *******3703

For Period Ending:    04/01/11

Trustee Name:         RICHARD W. LORENZ

Bank Name:         Union Bank

Account Number / CD #:      *******2070  CHECKING ACCOUNT

Blanket Bond (per case limit):    $ 135,536,258.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,432.28 | 1,432.28 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 1,432.28 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,432.28 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,432.28 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******0397 | 1,432.28 | 0.00 | 0.00 |
| CHECKING ACCOUNT - *******2070 | 0.00 | 1,432.28 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 1,432.28 | 1,432.28 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

Ver: 16.01c